August 22, 2025

# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-24-00013-CV

CECILE ERWIN, IN HER OFFICIAL CAPACITY AS THE EXECUTIVE
COMMISSIONER OF THE TEXAS HEALTH AND HUMAN SERVICES
COMMISSION; AND MICHELLE HILLSTROM, IN HER OFFICIAL
CAPACITY AS THE REGION 3 DIRECTOR FOR COMMUNITY CARE
SERVICES ELIGIBILITY FOR HEALTH AND HUMAN SERVICES
COMMISSION, Appellants

V.

DALLAS COUNTY, TEXAS; AND MARIAN BROWN, IN HER OFFICIAL
CAPACITY AS DALLAS COUNTY SHERIFF, Appellees

This cause, an appeal from the judgment in favor of appellees, signed, December 21, 2023, was heard on the appellate record. We have inspected the record and find reversible error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing all claims against appellants.

We further order that all costs incurred by reason of this appeal be paid by appellees, Dallas County, Texas; and Marian Brown, in her Official Capacity as Dallas County Sheriff.

We further order this decision certified below for observance.


Judgment Rendered August 22, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Chief Justice Brister.